UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KALEN LON COLLINS,

Plaintiff,

v.

GILL RAVIJOT, *et al.*,

Defendants.

Case No.  2:26-cv-2140-JDP (P)

ORDER

Plaintiff brought this action pursuant to section 1983 and, primarily, alleges that the acts giving rise to his claims occurred at California State Prison, Corcoran, a facility located in Kings County.  ECF No. 1 at 3-4.  On June 29, 2026, several weeks after this complaint was filed, but before it was screened, plaintiff filed a request for a transfer to the Fresno Division of the United States District Court for the Eastern District of California.  ECF No. 6.  Therein, he notes that "the majority of [his] complaint is out of Kings County."  *Id.* at 1.  After reviewing the complaint, I agree.  Most of the events at issue allegedly occurred in Corcoran and it appears that most of the defendants are employed at that institution.  Additionally, plaintiff has indicated that this is his choice of forum.  Thus, based on plaintiff's choice of forum, convenience of parties and witnesses, and ease of access to evidence, I find transfer appropriate.

1

Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for transfer, ECF No. 6, is GRANTED.

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

IT IS SO ORDERED.

Dated:    July 6, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2